# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

|                    | Case No. _____ |
|--------------------|---------------------|
| Plaintiff(s),      |                     |
| v.                 | **PRAECIPE**        |
| Defendant(s).      |                     |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Dated _____    Sign or use an "s/" and your name

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**                Page 1 of 1