UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

WILLIAM M. McCOOL                                                                      700 Stewart St, Suite 2310
CLERK                                                                                               Seattle, WA 98101

June 30, 2015

Ricky Patu
778665
Monroe Correctional Complex
SOU D-304
PO Box 514
Monroe, WA  98272

    Re:    **Patu v. Turner**

    We have received the correspondence relating to your Civil Rights Complaint.  Your case has been assigned Case Number **: CV15-1049-MJP-JPD.  This entire number *must* appear on all future correspondence with the Court.  Thank you.**

cc:  file